UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVEREND HEIDI LEPP, et al., | No. 2:17-cv-1317-KJM-EFB PS |
| Plaintiffs, | |
| v. | ORDER |
| YUBA COUNTY, et al., | |
| Defendants. | |

On March 8, 2018, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 56. Plaintiff filed objections on March 20, 2018. *See* ECF No. 58.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS ORDERED:

1. The Findings and Recommendations filed March 8, 2018, are adopted;

2. Defendants Strang and the County of Yuba's motion to dismiss (ECF No. 23) is denied;

/////

1

3. Defendants Vroman and Olivera's motions to dismiss and strike all plaintiffs other than Ms. Lepp (ECF Nos. 26, 34) are granted;

4. Defendants Ajax, Vroman, and Olivera's motions to dismiss the complaint for failure to state a claim (ECF Nos. 24, 26, 34) are granted and the amended complaint is dismissed with leave to amend;

5. Plaintiff Lepp's motions for injunctive relief (ECF Nos. 11, 12) are denied;

6. Plaintiff Lepp's motion to amend the complaint (ECF No. 44) is denied as moot;

7. Defendant Chris Monaco's motion to set aside default (ECF No. 21) is granted and the clerk's entry of default as to Monaco is set aside; and

8. Plaintiff is granted thirty days from the date of this order to file an amended complaint as provided in the magistrate judge's findings and recommendations.

DATED: March 27, 2018.

_____
UNITED STATES DISTRICT JUDGE