UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVEREND HEIDI LEPP, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>YUBA COUNTY, et al.,<br><br>Defendants. | No. 2:17-cv-1317-KJM-EFB PS<br><br><br><br>ORDER |

On March 12, 2019, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiffs filed objections and a supporting declaration on March 27, 2019, and they were considered by the undersigned.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed March 12, 2019, are ADOPTED.
2. Plaintiffs' motion under Rule 60(d)(3) (ECF No. 109) is denied.
3. Defendants Michael Vroman and Yolo County Sheriff's Department motion to strike plaintiffs' supplemental complaint (ECF No. 111) is granted.

4. Defendant Brandon Olivera's motion to strike (ECF No. 68-1) is denied as to that component of the motion only.

5. Defendants' motions to dismiss (ECF Nos. 68, 69, 70, 75, 95, 98) are granted as detailed in the magistrate judge's findings and recommendations. As such, defendants Brandon Olivera, Lori Ajax, Chris Monaco, Brandon Spears, Jeremy Strange, John Vacek, Yuba County, Yuba County Sheriff's Department, Michael Vroman, Yolo County Sheriff's Department, Rick DiBasilio and Calaveras County Sheriff's Department are dismissed from this case.

6. Defendant Net-5's motion to set aside default (ECF No. 128) is granted and the Clerk is instructed to set aside its default.

7. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED: March 29, 2019.

_____
UNITED STATES DISTRICT JUDGE